UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

3030 N.E. 42ND ST. LLC,

   Plaintiff,

vs.              CASE NO.:

QBE INSURANCE CORPORATION,

   Defendants.

_____

**DEFENDANTS' NOTICE OF REMOVAL**

  COME NOW the Defendant, QBE Insurance Corporation, (hereinafter "QBE"), by and through the undersigned counsel and pursuant to 28 U.S.C. §§ 1441 and 1446 of Title 28 of the United States Code, and Rule 81 of the Federal Rules of Civil Procedure, and hereby notices the removal of this action from the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, and in support thereof state as follows:

**PROCEDURAL HISTORY AND TIMELINESS OF REMOVAL**

  1.  On or about June 6, 2014, Plaintiff filed the instant lawsuit in the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. Said lawsuit bears the state court case number 14-014739-CA-01 (hereinafter the "State Court Action").

  2.  Copies of all known process, substantive pleadings, and orders served in the State Court Action are attached hereto as **Exhibit A**.

  3.  The State Court Action arises out of a policy of insurance (the "Policy") issued by the Defendant QBE to the Plaintiff, 3030 NE 42ND ST. LLC, A Florida Limited Liability

Company ("3030 NE"). A copy of Policy No. QS014FL0200603 is attached to hereto as **Exhibit B**.

4.  Written notice of this filing is being promptly given to counsel for Plaintiff and a Notice of Filing this Notice of Removal is being promptly filed with the Clerk of the Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, pursuant to 28 U.S.C. §1446(d). A copy of said Notice of Filing is attached hereto as **Exhibit C**.

5.  Service of process was accepted by the Chief Financial Officer of the State of Florida on June 16, 2014, and was forwarded by Electronic Delivery to Defendant, QBE, on June 20, 2014. This Notice is timely filed as it is filed within thirty (30) days of QBE'S receipt of Plaintiff's Complaint. QBE has not previously filed a Notice of Removal of this matter in this Court.

6.  A copy of QBE's responsive pleading shall be filed within seven (7) days of this Notice, pursuant to Rule 81(c)(2)(C) of the Federal Rules of Civil Procedure.

## VENUE/JURISDICTION

7.  Venue of this removal is proper under 28 U.S.C. § 1441(a) to the Southern District of Florida, Miami Division because the Circuit Court of Miami-Dade County is within the Southern District of Florida, Miami Division.

8.  This cause involves an amount in excess of $75,000.00 exclusive of attorneys' fees, interest, and costs.

9.  This action may be removed pursuant to 28 U.S.C. § 1441(a) and this Court has original jurisdiction of this matter under the provisions of 28 U.S.C. §1332 because complete diversity of citizenship exists between the Plaintiffs and the Defendant.

10. At all times material hereto, Plaintiff 3030 NE 42nd Street, LLC is a Florida limited liability company with a principal place of business in Miami-Dade County, Florida.

11. The current or former members of 3030 NE 42nd Street, LLC are as follows:

   a. Alexandre Sapagovsky, a resident of Miami-Dade County, Florida;

   b. Bennett D. Gamel, a resident of Miami-Dade County, Florida;

   c. Quality First Homes XVIII, LLC, a Florida limited liability company with a principal place of business in Miami-Dade County, Florida.

12. The current or former members of member Quality First Homes XVIII, LLC are as follows:

   a. Bennett D. Gamel, a resident of Miami-Dade County, Florida;

   b. Wayne Masur, a resident of Broward County, Florida.

13. Plaintiff 3030 NE 42nd Street, LLC's principal place of business is in Miami-Dade County, Florida. All actual members of 3030 NE 42nd Street, LLC are residents of Miami-Dade County, Florida. Plaintiff's fictitious-entity managing member, Quality First Homes XVIII, LLC, has a principal place of business in Miami-Dade County, Florida, and all members of Quality First Homes XVIII, LLC are residents of Miami-Dade County, Florida or Broward County, Florida. Therefore, Plaintiff is a resident of Florida for diversity purposes.

14. At all times material hereto, Defendant, QBE is a foreign corporation with its principal place of business at 88 Pine Street, 4th Floor, New York, New York 10005. As such, QBE is a citizen of New York.

15. Based upon the foregoing, complete diversity exists pursuant to Sections 1332 and 1441 of Title 28 of the United States Code.

16. In addition, the amount in controversy exceeds the jurisdictional requirement. Specifically, Plaintiff claims at least $209,701.98 in losses arising out of water damage to premises located at 3030 NE 42nd Street in Fort Lauderdale, Florida.

17. This action may be removed pursuant to 28 U.S.C. § 1441(a) and this Court has original jurisdiction of this matter under the provisions of 28 U.S.C. §1332 because complete diversity of citizenship exists between the Plaintiffs and the Defendant.

WHEREFORE, Defendant QBE requests that the State Court Action now pending in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida be removed to the United States District Court for the Southern District of Florida, Miami Division, and further requests that this Court assume jurisdiction over this action as provided by law.

Dated: July 18, 2014.

_____
Bruce A. Aebel
Florida Bar No: 0066435
baebel@bankerlopez.com
Garett Raines
Florida Bar No: 0037178
graines@bankerlopez.com
BANKER LOPEZ GASSLER P.A.
501 E. Kennedy Blvd., Suite 1500
Tampa, FL  33602
(813) 221-1500
Fax No: (813) 222-3066
Attorneys for QBE Insurance Corporation

## CERTIFICATE OF SERVICE

      I hereby certify that on July 18, 2014, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system. I further certify that I mailed the foregoing document by Email and U.S. Mail to the following:

Thomas J. Morgan, Esquire
Morgan Law Group, P.A.
55 Merrick Way, Suite 404
Coral Gables, FL  33134
Email: mlg.eservice@yahoo.com
Attorney for Plaintiff

                                            /s/ Bruce A. Aebel
                                            Bruce A. Aebel
                                            Florida Bar No: 0066435
                                            baebel@bankerlopez.com
                                            Garett Raines
                                            Florida Bar No: 0037178
                                            graines@bankerlopez.com
                                            BANKER LOPEZ GASSLER P.A.
                                            501 E. Kennedy Blvd., Suite 1500
                                            Tampa, FL  33602
                                            (813) 221-1500
                                            Fax No: (813) 222-3066
                                            Attorneys for QBE Insurance Corporation