# EXHIBIT "A"



| | | |
|---|---|---|
| | | **Service of Process Transmittal** |
| | | 06/20/2014 |
| | | CT Log Number 525175567 |

**TO:** Elizabeth Lugo-Rivera
QBE INSURANCE CORPORATION
Wall Street Plaza, 88 Pine Street - 4th Floor
New York, NY 10005-1801

**RE:** **Process Served in Florida**

**FOR:** QBE Insurance Corporation (Domestic State: PA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | 3030 NE 42nd ST LLC, Pltf. vs. QBE Insurance Corporation, Dft. |
| **DOCUMENT(S) SERVED:** | Notice, Summons, Attachment(s), Complaint, First Interrogatories, Interrogatories, First Request |
| **COURT/AGENCY:** | Miami-Dade County Circuit Court, FL<br>Case # 14014739CA01 |
| **NATURE OF ACTION:** | Insurance Litigation - Policy benefits claimed |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Electronic Receipt on 06/20/2014 |
| **JURISDICTION SERVED:** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Earliest Answer Date - Within 20 days after service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Thomas J. Morgan, Jr<br>55 Merrick Way<br>Suite 404<br>Coral Gables, FL 33134<br>305-569-9900 |
| **REMARKS:** | Process received by Chief Financial Officer on 06/16/2014, and forwarded to C T Corporation System by electronic delivery on 06/20/2014. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/20/2014, Expected Purge Date: 06/25/2014<br>Image SOP<br>Email Notification, Alice Steffen Alice.Steffen@us.qbe.com<br>Email Notification, Timekka Perea timekka.perea@us.qbe.com<br>Email Notification, Lauren Jones lauren.jones@us.qbe.com<br>Email Notification, Sherry Paul Sherry.Paul@us.qbe.com<br>Email Notification, Kaylee Narlock kaylee.narlock@us.qbe.com<br>Email Notification, Elizabeth Lugo-Rivera Elizabeth.Lugo-Rivera@us.qbe.com<br>Email Notification, Kim Berndt kimberly.berndt@us.qbe.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Donna Moch |
| **ADDRESS:** | 1200 South Pine Island Road<br>Plantation, FL 33324 |
| **TELEPHONE:** | 954-473-5503 |

Page 1 of 1 / DS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



CHIEF FINANCIAL OFFICER
JEFF ATWATER
STATE OF FLORIDA



14-069466

3030 N.E. 42ND ST. LLC.,

PLAINTIFF(S),

VS.

QBE INSURANCE CORPORATION

DEFENDANT(S).

_____/

SUMMONS, COMPLAINT, DISCOVERY

CASE #:    14-014739-CA-01
COURT:     CIRCUIT COURT
COUNTY:    MIAMI-DADE
DFS-SOP#:  14-069466

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by MAIL on the 16th day of June, 2014 and a copy was forwarded by Electronic Delivery on the 20th day of June, 2014 to the designated agent for the named entity as shown below.

QBE INSURANCE CORPORATION
DONNA MOCH
CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

\* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

Jeff Atwater
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

THOMAS J. MORGAN, JR.
SUITE 404
55 MERRICK WAY
CORAL GABLES FL 33134

MDW

IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 14-014739 CA 01

3030 NE 42ND ST LLC,

FLORIDA BAR NO.: 127612

    Plaintiff,

v.

QBE INSURANCE
CORPORATION,

    Defendant.
_____/

THE STATE OF FLORIDA:

TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:

GREETINGS:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition in the above styled cause upon the Defendant:

**QBE INSURANCE CORPORATION**
c/o Florida Chief Financial Officer as RA
200 East Gaines Street, Tallahassee, FL 32399-4201

    Each Defendant is hereby required to serve written defenses to said Complaint or Petition on Plaintiff's attorney, whose name and address is:

THOMAS J. MORGAN, JR., ESQUIRE
**MORGAN LAW GROUP**
55 Merrick Way, Suite 404
Coral Gables, Florida 33134
Email: mlg.eservice@yahoo.com
Phone: (305) 569-9900

within twenty (20) days after service of this Summons upon that Defendant, exclusive of the day or service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and the seal of the Court on ___JUN 1 2 2014___, 2014.

Clerk of County Court

By: ___ROSA BENEDI___
DEPUTY CLERK

(COURT SEAL)

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANTE

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer votre reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la causa ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 14-014739 CA 01

FLORIDA BAR NO.: 127612

3030 NE 42ND ST LLC,

        Plaintiff,

v.

QBE INSURANCE
CORPORATION,

        Defendant.
_____/

## COMPLAINT

**COMES NOW**, the Plaintiff, **3030 NE 42ND ST LLC**, by and through undersigned counsel, and hereby sues the Defendant, QBE INSURANCE CORPORATION (hereinafter referred to as "QBE"), and in support thereof alleges as follows:

1. This is an action for an amount in excess of Fifteen Thousand ($15,000.00) Dollars, exclusive of attorney fees, costs, and interest.

2. At all times material hereto, the Plaintiff, 3030 NE 42ND ST LLC, was and is a company authorized to do and doing business in Miami-Dade County, Florida and *sui juris*.

3. At all times material hereto, the Defendant, QBE, was and is an insurance company authorized to and does write homeowners insurance policies within the State of Florida, and specifically within Miami-Dade County, Florida.

4. At all times material hereto, the Plaintiff was the owner of the property located at

3030 NE 42ND Street, Miami, Miami-Dade County, Florida.

5. That at all times material hereto, the subject property was insured under a policy of insurance issued by the Defendant to Plaintiff; specifically policy number: QS014FL0200603. (A copy of the policy is not attached hereto, but the Defendant has it within its possession).

6. At all times material hereto, the policy of insurance was in full force and effect.

7. The policy of insurance provides, in pertinent part, that the Defendant, QBE, provides coverage for property damage, including contents, rendered to Plaintiff's subject property that are the result of an accident, whether natural in cause or not, and said policy is required to comply with the provisions of Florida Law.

8. That on or about December 1, 2013, the Plaintiff's property was damaged directly and/or indirectly by a broken and/or leaking pipe.

9. That as a result thereof, Plaintiff sustained damages to the property that required reasonable, related and/or necessary repairs and replacements, as well as appropriate cleaning and other remedial measures.

10. That the Plaintiff did forthwith give timely notice to Defendant of such loss, and did thereafter deliver to the Defendant, QBE, a full and particular account of the Plaintiff's expenses and losses as a result of the said accident.

11. The Defendant has failed to establish that it had reasonable proof that it was not responsible for the payment of Plaintiff's damages and/or loss, and has failed to pay the requested amounts for repairs and/or replacement, plus applicable interest, pursuant to the terms of the policy of insurance, in breach of Plaintiff's contract with QBE.

12. The Plaintiff has complied with all conditions precedent to bringing the instant cause, and/or all such conditions have been waived by the Defendant.

13. That the Defendant's conduct has caused the Plaintiff to retain the services of the undersigned counsel to represent him in this action, and Plaintiff is entitled to attorney fees and costs under Sections 627.428, Florida Statutes.

**WHEREFORE**, the Plaintiff, 3030 NE 42ND ST LLC, demands judgment against the Defendant, QBE INSURANCE CORPORATION, for damages, interest, attorney fees, costs, and any other such relief that this Honorable Court deems just and proper.

**DEMAND** is hereby made for trial by jury of all issues so triable, as a matter of right.

**DATED** this 9th day of June 2014.

> Thomas J. Morgan, Jr., Esquire
> **MORGAN LAW GROUP, P.A.**
> Attorneys for Plaintiff
> 55 Merrick Way, Suite 404
> Coral Gables, Florida 33134
> Phone: 305.569.9900
> Fax   : 305.443.6828
> Pleadings only: mlg.eservice@yahoo.com
>
>
> By: _/s/ Thomas J. Morgan, Jr._
>      Thomas J. Morgan, Jr.

/dfl

|  |  |
|---|---|
| 3030 NE 42ND ST LLC, | IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA |

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

3030 NE 42ND ST LLC,

      Plaintiff,

GENERAL JURISDICTION DIVISION

CASE NO.:14-014739 CA 01

vs.

FLORIDA BAR NO.: 127612

QBE INSURANCE
CORPORATION,

      Defendant.
_____/

## PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT

**COMES NOW**, the Plaintiff, **3030 NE 42ND ST LLC**, by and through undersigned counsel, pursuant to Rules 1.280 and 1.340 of the Florida Rules of Civil Procedure, and propounds upon the Defendant, **QBE INSURANCE CORPORATION,** the attached eleven (11) Interrogatories to be answered under oath and in writing within **forty-five (45) days** after service thereof.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served attached with the Original Summons and Complaint.

                                          Thomas J. Morgan, Jr., Esquire
                                          **MORGAN LAW GROUP, P.A.**
                                          *Counsel for Plaintiff*
                                          55 Merrick Way, Suite 404
                                          Coral Gables, Florida 33134
                                          Phone: 305.569.9900
                                          Fax   : 305.443.6828

/tm

                                          By: __/s/ Thomas J. Morgan__
                                                Thomas J. Morgan, Jr.

## INTERROGATORIES TO DEFENDANT

"You(r)" as used in these Interrogatories means your corporation, company or partnership, or anyone who handles, adjusts or investigates claims on its behalf.

1. State your complete corporate name, nature of your business, whether you are licensed to do business in the State of Florida, whether you maintain agents for the transacting of your customary business in any particular county, and whether your name as it appears in the Plaintiff's Complaint is correct.

2. State the name, residence address, business address, telephone number, and position/job title of the individual answering these Interrogatories.

3. List the names, addresses and telephone numbers of all persons believed or known by you, your agents or attorneys to have knowledge concerning any of the issues raised by the pleadings, specifying the subject matter about which the witnesses have knowledge and state whether you have obtained any statements (oral, written and/or recorded) from any of said witnesses, list the dates any such witness statements were taken, by whom any such witness statements were taken, and who has present possession, custody and control of any such statements.

4. State any and all provisions of the subject policy relied upon by Defendant for denial, non-payment and/or reduction of Plaintiff's claim.

5. List the names, residence addresses, business addresses and telephone numbers

of all persons who, on your behalf or on behalf of your agents or representatives, have in any way participated in the investigations, adjusting or handling of the Plaintiff's claim involved herein and specify the date and the nature of the participation of each such person;

6. Do you intend to call upon any expert witness at the trial of this case? If so, please identify each witness as follows: his/her name, qualifications as an expert, substance of their opinions to which they are expected to testify, summary of the factual grounds for each opinion, and provide a list of all claim files and/or court cases for which you have hired the same expert witness in the last two (2) years.

7. For any and all policy defenses which you reasonably believe are available with regard to the claim made by the Plaintiff herein: describe in detail the factual and legal basis for any such defenses and give complete names, residence addresses, business addresses, and telephone numbers of each and every person believed or known by you, your agents, representatives, or attorneys, to have any knowledge of the facts which provide the basis for any such defenses.

8. Provide a complete list of all payments made to or on behalf of the Plaintiff for the subject loss, specifying the nature of the services rendered, the provider of the services, the amount of the charges, the date the charges were incurred, the date you first had notice of the charges, and the date the charges were paid by you.

9. List the names, addresses and official positions of each and every person in your employ or in the employ of anyone on your behalf, who has had any involvement in the review of the denial or withholding of payment of the Plaintiff's claim and state in what capacity they were involved, the date they were involved and the nature of their involvement.

10. With regard to the Plaintiff's First Request to Produce, for each item on the Request to Produce of which you are withholding production claiming any privilege (work product/attorney-client/etc.), please state, with respect to each such document.

(a) The date of the document; the number of pages of the document; the type of document involved and its general subject matter without disclosing its contents; and, the names, business addresses, residence addresses and telephone numbers of all persons who prepared the document or to whom the document was directed.

(b) The privilege upon the Defendant relies on withholding the document; all facts upon which the Defendant relies in support of the privilege; the names, business addresses, residence addresses, telephone numbers, positions and occupations of all persons known or believed by Defendant to have knowledge concerning the factual basis for Defendant's assertion of privilege with regard to the documents;

(c) Any policy provisions, statutory language or case law which Defendant relies upon in claiming the privilege.

11. With regard to each and every one of the above Interrogatories, for each Interrogatory which you are refusing to answer, claiming a privilege (work product/attorney-client/etc.), please state:

(a) The privilege upon which Defendant relies in refusing to answer the Interrogatory, and, all facts which are relied upon in support of the privilege.

(b)   The names, residence addresses, business addresses, telephone numbers, positions and occupations of all persons known or believed by Defendant to have knowledge concerning the factual basis for Defendant's assertion of privilege with regard to the information.

(c)   Any policy provisions, statutory language or case law which Defendant relies upon in claiming the privilege.

_____
Affiant: 

**STATE OF FLORIDA**       :
                           :
**COUNTY OF** _____ :

BEFORE ME, the undersigned authority, personally appeared _____

_____, who, being first duly sworn, on oath deposes and says that the foregoing Answers to Interrogatories are true and correct, and that he/she has read the Answers to Interrogatories and knows the contents thereof.

**SWORN TO AND SUBSCRIBED** before me this ___ day of _____, 20___.

_____
NOTARY PUBLIC

My commission expires:

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

3030 NE 42ND ST LLC,

CASE NO.:14-014739 CA 01

        Plaintiff,

FLORIDA BAR NO.: 127612

v.

QBE INSURANCE
CORPORATION,

        Defendant.
_____/

## PLAINTIFF'S FIRST REQUEST TO PRODUCE TO DEFENDANT

**COMES NOW**, the Plaintiff, **3030 NE 42ND ST LLC**, by and through undersigned counsel, pursuant to Rule 1.350, Florida Rules of Civil Procedure, hereby requests the Defendant, **QBE INSURANCE CORPORATION**, produce legible copies of the following documents to the Plaintiff within **forty (45) days** after service of this request:

1. A true and correct certified copy of the applicable insurance policy issued by Defendant to Plaintiff, including any and all endorsements in effect at the time of the subject loss.

2. Any and all time sheets, logs and/or other documents reflecting the time spent by Defendant and/or it's agents at the Plaintiff's property after notification of the subject loss.

3. Any and all statements, whether written, oral or recorded, taken of the Plaintiff(s) and/or their agents, servants, employees, etc., in regards to the subject matter of this litigation.

4. Any and all statements, whether written, oral or recorded, taken of non-parties in regards to the subject matter of this litigation.

5. Any and all invoices and bills reflecting payments made by the Plaintiff with regards to premiums for the subject policy issued by Defendant.

6. Any and all correspondence or other written communication from Defendant to Plaintiff or Plaintiff's representatives, relating in any manner to the subject loss.

7. Any and all correspondence or other written communication from Plaintiff or Plaintiff's representatives, relating in any manner to the subject loss prior to the institution of this litigation.

8. Any and all photographs, videos and/or drawings made by Defendant or it's agents and/or representatives of the Plaintiff's property which is the subject matter of this litigation.

9. A copy of the entire underwriting file for the subject policy of insurance.

10. A copy of the entire claim file, including any table of contents, computer notations, summaries, for the subject loss, excluding any documents to which a privilege claim may exist. Please provide a 'Privilege Log' detailing any such documents that are being withheld and the basis for the privilege.

11. Any and all policies, rules, regulations, memorandums, guidelines and/or procedure manuals regarding Defendant's process for investigating, evaluating and/or settling of homeowner claims.

12. Any and all manuals, instructions and/or other materials relied upon by Defendant in the training of adjusters and/or appraisers regarding homeowner claims.

13. Any and all estimates prepared by Defendant and/or it's agents and/or representatives regarding the subject claim of the Plaintiff.

14. Any and all reports and/or other documents prepared by experts retained in this matter on behalf of the Defendant.

15. A copy of any and all reports by any general contractor, engineer, roofer, electrician or other construction personnel hired by Defendant to examine and/or evaluate any aspect of the Plaintiff's subject claim.

16. Copies of any and all drafts issued by Defendant to the Plaintiff for payment of any aspect of the Plaintiff's subject claim.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served attached with the Original Summons and Complaint

Thomas J. Morgan, Jr., Esquire
**MORGAN LAW GROUP, P.A.**
*Attorneys for Plaintiffs*
55 Merrick Way, Suite 404
Coral Gables, Florida 33134
Phone: 305.569.9900
Fax    : 305.443.6828


By:   /s/ Thomas J. Morgan
        Thomas J. Morgan, Jr.